

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00656-CR

The **STATE** of Texas,
Appellant

v.

Gwen **JENNINGS,**
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR141129
Honorable Susan Harris, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to January 13, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Harold J. Danford           Heather Stebbins
         Danford Law Firm           Kerr County Attorney
         813 Barnett Street           700 Main Street, BA-103
         Kerrville, TX 78028         Kerrville, TX 78028-2215